DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '10 FEB 12 13:30USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Roy Connely**

   **Plaintiff,**

vs.
          **Civil No. 08-cv-00769-MA**
          **Appellate Court No. 09-35593**

**Commissioner of Social Security**

          **ORDER GRANTING AWARD**
   **Defendant.**       **OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $9.47, costs in the amount of $17.60, and

attorney's fees in the amount of $4,712.10, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

Done this _12_ day of _Feb._ , 20_10_

_Malcolm F. Marsh_
        Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**